# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

v.

SOR VANG,

                Defendant.

Case No. 21-CR-242-JPS

**ORDER**

On November 23, 2021, the grand jury returned a two-count Indictment, charging Defendant with violating 21 U.S.C. §§ 841(b)(1)(A), 841(b)(1)(C), and 846 and 18 U.S.C. § 924(c)(1)(A)(i). ECF No. 10. On July 20, 2022, the Government filed a single-count amended Information, charging Defendant with violating 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846. ECF No. 27. That same day, the parties filed an amended plea agreement, indicating that Defendant intended to plead guilty to the single count in the amended Information. ECF No. 28.

The parties appeared before Magistrate Judge William E. Duffin on July 20, 2022 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 29. Defendant entered a plea of guilty as to Count One of the amended Information. *Id.* at 1. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Duffin determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. *Id.*

The same day, Magistrate Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 31. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation, ECF No. 31, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 5th day of August, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge